UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SANTOS HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>　　　　Defendants. | Case No. 17-CV-07200 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state pretrial detainee proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On April 16, 2018, the court dismissed the complaint providing plaintiff leave to amend within thirty days. On April 18, 2018, plaintiff filed a notice of change of address. On May 4, 2018, the Clerk mailed a copy of the court's April 16, 2018 order to plaintiff at the address provided in the notice of change of address. More than thirty days have passed since the court's order was sent to plaintiff, and plaintiff has failed to file an amended complaint or have any other communication with the court. Accordingly, plaintiff's case is **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 6/12/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 17-CV-07200 LHK (PR)
ORDER OF DISMISSAL